T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3850
Fax: (702) 385-3856

NATHAN F. GARRETT
*pro hac vice*
LUCINDA H. LUETKEMEYER
*pro hac vice*
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958

*Attorneys for Defendant*
*Michael Halprin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL HALPRIN,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00154-RFB-VCF-2<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT HALPRIN'S SENTENCING HEARING SCHEDULED FOR AUGUST 18, 2022** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between JASON FRIERSON, United States Attorney, District of Nevada, and PETER S. LEVITT, Assistant United States Attorney, representing the United States of America, and NATHAN GARRETT, representing Defendant Michael Halprin, that the sentencing hearing scheduled for August 18, 2022, at 9:00 a.m., in the above-captioned matter, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than one hundred fifty (150) days.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant Michael Halprin and the government continue their discussions surrounding the facts associated with the change of plea and upcoming sentencing and need additional time to conduct additional meetings between the client and the government.

2. Counsel for Defendant Michael Halprin and the government agree that a continuance of the sentencing hearing is in the best interests of justice.

3. The defendant is not currently detained pending the sentencing date.

4. This is the first requested continuance of the sentencing hearing.

DATED: July 20, 2022.

PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
By   /s/ *Nathan Garrett*
T. Louis Palazzo, Esquire
GRAVES GARRETT, LLC
Nathan F. Garrett, *pro hac vice*
Lucinda H. Luetkemeyer, *pro hac vice*
*Counsel for Defendant Michael Halprin*


CHRISTOPHER CHIOU
Acting United States Attorney
By   /s/ *Peter Levitt*
Peter S. Levitt
Jacob Operskalski
Assistant United States Attorneys

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL HALPRIN,<br><br>          Defendant. | Case No.: 2:19-cr-00154-RFB-VCF-2<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT HALPRIN's SENTENCING HEARING SCHEDULED FOR AUGUST 18, 2022** |

     Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

     1.     Counsel for Defendant Michael Halprin and the government continue discussions surrounding the facts associated with the change of plea and upcoming sentencing and need additional time to conduct additional meetings between the client and the government.

     2.     Both parties agree to the continuance.

     3.     The defendant is not currently detained pending the sentencing hearing and does not object to a continuance.

     For all of the above-stated reasons, the ends of justice would best be served by an order vacating the current sentencing hearing date and continuing the sentencing hearing date no sooner than one hundred fifty (150) days.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 18, 2022, at the hour of 9:00 a.m., be vacated and continued to __January 19, 2023__, at the hour of 9:00 am/pm.

DATED 21st day of July, 2022.

_____
THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE