1  T. LOUIS PALAZZO, ESQUIRE
2  Nevada Bar No. 4128
   PALAZZO LAW FIRM
3  A PROFESSIONAL LAW CORPORATION
4  520 South Fourth Street, Second Floor
   Las Vegas, Nevada 89101
5  Telephone: (702) 385-3850
   Fax: (702) 385-3856
6
7  NATHAN F. GARRETT
   *pro hac vice*
8  LUCINDA H. LUETKEMEYER
   *pro hac vice*
9  GRAVES GARRETT GREIM LLC
10 1100 Main Street, Suite 2700
   Kansas City, Missouri 64105
11 Telephone: (816) 256-3181
   Fax: (816) 256-5958
12
13 *Attorneys for Defendant*
   *Michael Halprin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL HALPRIN,<br><br>          Defendant. | Case No.: 2:19-cr-00154-RFB-MDC<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT HALPRIN'S SENTENCING HEARING SCHEDULED FOR SEPTEMBER 5, 2024** |

IT IS HEREBY STIPULATED AND AGREED by and between JASON FRIERSON, United States Attorney, District of Nevada, and NADIA AHMED and JACOB OPERSKALSKI, Assistant United States Attorneys, representing the United States of America, and LOUIS PALAZZO, NATHAN GARRETT, and LUCINDA LUETKEMEYER, representing Defendant Michael Halprin, that the sentencing hearing scheduled for September 5, 2024, at 9:15 a.m., in the

above-captioned matter, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than January 6, 2025.

This stipulation is entered into for the following reasons:

1. Sentencing in this matter is currently scheduled for September 5, 2024, at 9:15 a.m.

2. On July 2, 2024, counsel for co-defendant Eghomware Igbinovia, aka Jerry Igbinovia, and the government jointly moved to continue the calendar call and trial date.  The calendar call is now scheduled for December 10, 2024, and trial is now scheduled for January 6, 2025. Dkt. No. 400.

3. Defense counsel needs additional time to investigate issues relevant to sentencing and prepare for sentencing.

4. Mr. Halprin has appeared in this case, and is not in custody and, along with the government, agrees to this continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

7. Counsel for Defendant Michael Halprin and the government agree a continuance of the sentencing hearing is in the best interests of justice.

8. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing hearing.

This is the eighth request for a continuance of the sentencing hearing.

DATED: July 8, 2024

/s/ Nathan F. Garrett
GRAVES GARRETT GREIM LLC
Nathan F. Garrett, *pro hac vice*
Lucinda H. Luetkemeyer, *pro hac vice*

PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
T. Louis Palazzo, Esquire
*Counsel for Defendant Michael Halprin*


JASON FRIERSON
United States Attorney
By   /s/ Jacob Operskalski
Jacob Operskalski
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL HALPRIN,<br><br>          Defendant. | Case No.: 2:19-cr-00154-RFB-MDC<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT HALPRIN'S SENTENCING HEARING SCHEDULED FOR SEPTEMBER 5, 2024** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Sentencing in this matter is currently scheduled for September 5, 2024, at 9:15 a.m.

2. Defense counsel needs additional time to investigate issues relevant to sentencing and prepare for sentencing.

3. Mr. Halprin has appeared in this case, and is not in custody and, along with the government, agrees to this continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

For all of the above-stated reasons, the ends of justice would best be served by an order vacating the current sentencing hearing date and continuing the sentencing hearing date no sooner than January 6, 2025.

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for September 5, 2024, at the hour of 9:15 a.m., be vacated and continued to 1/14/2025 at 9:15 a.m.

Dated 7/10/2024

_____
THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE